**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1941**

MICHELLE D. PHARR,

Plaintiff - Appellant,

v.

RAJNISH K. JAIN; AKHIL JAIN; RAJNISH K. JAIN IRREVOCABLE
TRUST 99-2 TRUSTEE AKHIL JAIN; JAIN AND ASSOCIATES, L.P.;
RAJ S. RAHIL; THE MARIAPPA 2005 REVOCABLE TRUST DATED
11/10/2005 TRUSTEES SUDESH MARIAPPA AND EIKO HIRABAYASHI;
JRS PARTNERS, LLC; SUFFOLK LODGING PARTNERS, LLC; TOWN
CENTER HOSPITALITY, LLC; FIRST LODGING PARTNERS, LLC;
LANDMARK HOTEL GROUP, LLC; PENINSULA HOSPITALITY, LLC;
YORKTOWN LODGING PARTNERS, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City.   Terrence W.
Boyle, District Judge.  (2:12-cv-00007-BO)

Submitted:  December 20, 2012            Decided:  January 22, 2013

Before AGEE, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michelle D. Pharr, Appellant Pro Se.  Gary Alvin Bryant, WILLCOX
& SAVAGE, PC, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle D. Pharr appeals the district court's order granting Defendants' motion to dismiss for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pharr v. Jain, No. 2:12-cv-00007-BO (E.D.N.C. July 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED